WEST VIRGINIA PULP & PAPER COMPANY, Respondent, v. MERCHANTS MUTUAL INSURANCE COMPANY, Appellant, et al., Defendant.— Motion for reargument denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of DIEDRICH F. ROSENBERG, Respondent, against SCINTILLA DIVISION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before August 15, 1960 and are ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE JACKSON, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM WHEELER, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora Hospital, Respondent.— Motion denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of JESSE M. CLEMENS, Appellant, against SUPERIOR BEARING & BRONZE CO. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of RICHMOND GADDIS, Appellant, against THOMAS CRUMPE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of CASIMIRO GOYTIA, Respondent. FEINOR NOVELTY COMPANY, INCORPORATED, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for permission to withdraw and discontinue appeal. Motion granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.